UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEQUOIA MEDIA,<br><br>                    Plaintiff,<br><br>          v.<br><br>REDBIRD CONTENT CORPORATION ET AL.,<br><br>                    Defendants. | 24-CV-5175 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On July 9, 2024, Plaintiff filed its Complaint. *See* ECF No. 1. On September 9, 2024, Plaintiff filed proof of service as to Defendants Redbird Content Corporation and Tiff Winton. *See* ECF Nos. 5 – 6. To date, Defendants have not appeared.

It is hereby ORDERED that Plaintiff shall file a letter on ECF by November 15, 2024, describing any communication it has had with Defendants and describing its efforts to provide Defendants with actual notice of this lawsuit.

SO ORDERED.

Dated: November 8, 2024
       New York, New York

                                              _____
                                              DALE E. HO
                                              United States District Judge