Peter D. Hatzipetros (PH-7387)
Petros Law Group, P.C.
14 W 23rd Street, FL 5
New York, NY 10010
Telephone: (347) 804-1206
Facsimile: (212) 206-8868
*Attorneys for the Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEQUOIA MEDIA, a Wyoming Domestic Profit Corporation, | Civ. Case No.: 24-cv-5175 |
| *Plaintiff*, | |
| -V- | **ORDER FOR DEFAULT JUDGMENT** |
| REDBIRD CONTENT CORPORATION, a New York Domestic Corporation, | |
| AND | |
| TIFF WINTON, an individual resident of the City and State of New York, County of New York | |
| *Defendants*. | |

Upon consideration of the Plaintiff's motion for default judgment under Rule 55.2(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and the declaration of plaintiff's counsel Peter D. Hatzipetros and exhibits attached thereto, and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED, ADJUDGED and DECREED that:**

1. Default judgment as to joint and several liability for breach of contract be entered against Defendants REDBIRD CONTENT CORPORATION and TIFF WINTON (collectively, "**Defendants**");

2. The Court shall retain jurisdiction over any matter pertaining to this judgment;

1

3.     An order of reference to a United States Magistrate Judge for inquest after default judgment shall issue separately; and

4.     This case is dismissed and the Clerk of Court shall remove it from the docket.

Dated: December 11, 2024

                                     **SO ORDERED**

_____
Dale E. Ho
United States District Judge
New York, New York